## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LISBETH SPILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10-CV-2240CAS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Lewis M. Blanton, filed October 31, 2011. See 28 U.S.C. § 636(b). The Magistrate Judge recommended that the decision of the Commissioner denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401, et seq.,and Supplemental Security Income benefits under Title XVI of the Act be affirmed. Neither party has filed an objection to the recommendation.

After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge for the reasons set forth in the well-reasoned Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 27]

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C.

§§ 401, et seq.,and Supplemental Security Income benefits under Title XVI of the Act is

**AFFIRMED**.

    An appropriate judgment will accompany this order.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this _14th_ day of March, 2012.

2